IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00280–KMT

JOHN ALDIS,

    Plaintiff,

v.

COLLECTO, INC., dba EOS CCA,

    Defendant.

## ORDER DISMISSING CASE

This matter is before the court on the parties' "Stipulated Motion to Dismiss with Prejudice" (Doc. No. 27, filed July 1, 2014). Based on the representations contained in the Motion, it is

    ORDERED that the parties' Motion to Dismiss (Doc. No. 27) is GRANTED. This case is DISMISSED WITH PREJUDICE in its entirety. Each party shall pay its own attorney's fees and costs.

    Dated this 1st day of July, 2014.

BY THE COURT:

_____
Kathleen M Tafoya
United States Magistrate Judge